UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WOLTER, | Case No.: 2:22-cv-01030-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| FIRST GUARANTY MORTGAGE, | |
| Defendant | |

This case has been stayed since defendant First Guaranty Mortgage Corporation filed for bankruptcy in July 2022. ECF No. 5. The parties have not updated the court since then.

I THEREFORE ORDER that April 30, 2024, the parties must advise the court regarding the status of the bankruptcy proceedings and whether this case was resolved in those proceedings or if it can now proceed in this court. The failure to respond by that date may result in sanctions, including dismissal of claims and defenses.

DATED this 4th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE